Roberta A. Kaplan (*pro hac vice*)
rkaplan@kaplanhecker.com
John C. Quinn (*pro hac vice*)
jquinn@kaplanhecker.com
Benjamin D. White (*pro hac vice*)
bwhite@kaplanhecker.com
**KAPLAN HECKER & FINK LLP**
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone:  (212) 763-0883

Marc S. Williams (Bar No. 198913)
mwilliams@cohen-williams.com
Neil S. Jahss (Bar No. 162744)
njahss@cohen-williams.com
**COHEN WILLIAMS LLP**
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone:  (213) 232-5160
Facsimile:   (213) 232-5167

Attorneys for Plaintiff
Social Bicycles LLC d/b/a JUMP

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SOCIAL BICYCLES LLC d/b/a JUMP,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES; CITY OF LOS ANGELES DEPARTMENT OF TRANSPORTATION,<br><br>Defendants. | Case No. 2:20-cv-02746-DMG-AFMx<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served effective: April 7, 2020<br>Current response date: June 8, 2020<br>New response date: July 8, 2020 |

**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

IT IS HEREBY STIPULATED, pursuant to Local Rule 8-3, by and between Plaintiff Social Bicycles LLC d/b/a JUMP and Defendants City of Los Angeles and City of Los Angeles Department of Transportation (collectively, "Defendants"), through their undersigned counsel, that Defendants may have a thirty (30) day extension of time, to July 8, 2020, to file an answer or otherwise respond to the Complaint in this action.  No prior extension of the time to respond to the Complaint has been requested or granted.

All signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  May 28, 2020	**KAPLAN HECKER & FINK LLP**

By: */s/ Roberta A. Kaplan*
Roberta A. Kaplan
John C. Quinn
Benjamin D. White

Dated:  May 28, 2020	**COHEN WILLIAMS LLP**

By: */s/ Marc S. Williams*
Marc S. Williams
Neil S. Jahss

*Attorneys for Plaintiff,*
*Social Bicycles LLC d/b/a JUMP*

Dated:  May 28, 2020	**OFFICE OF THE LOS ANGELES CITY ATTORNEY**

By: */s/ Jessica Mariani*
Jonathan Groat
Michael Nagle
Jessica Mariani
*By email authorization

*Attorneys for Defendants,*
*City of Los Angeles and City of Los Angeles*
*Department of Transportation*