Marc S. Williams (Bar No. 198913)
mwilliams@cohen-williams.com
Cohen Williams LLP
724 South Spring Street, Ninth Floor
Los Angeles, CA 90014

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOCIAL BICYCLES LLC d/b/a JUMP,<br><br>Plaintiff(s),<br>v.<br>CITY OF LOS ANGELES; CITY OF LOS ANGELES DEPARTMENT OF TRANSPORTATION,<br><br>Defendant(s). | CASE NUMBER<br><br>2:20-cv-02746-DMG-AFM<br><br><br>NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____
is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

06/15/2020                                         /s/ Marc S. Williams
*Date*                                             *Signature of Attorney/Party*


NOTE:  *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*